United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer Lynn Murphy  
      Debtor

Case No. 18-12898-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Aug 10, 2018  
                   Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.  
db            +Jennifer Lynn Murphy,    207 Spruce Road,    Flourtown, PA 19031-2234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:  
       EDWIN RICHARD DRESSEL    on behalf of Debtor Jennifer Lynn Murphy  
        rick.dressel@flastergreenberg.com,    erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Pennymac Loan Service, LLC bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                   TOTAL: 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re: : Chapter 7

Jennifer Lynn Murphy : Case No. 18–12898–jkf
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 10, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                              By The Court

                              Jean K. FitzSimon
                              Judge , United States Bankruptcy Court