United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12898-jkf
Jennifer Lynn Murphy                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin             Page 1 of 3              Date Rcvd: Aug 10, 2018
                              Form ID: 318            Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
```
db            +Jennifer Lynn Murphy,    207 Spruce Road,    Flourtown, PA 19031-2234
14099423      +Alltran Financial LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
14099424       Asset Recovery Solutions, LLC,    2200 E. Devon Avenue, Suite 200,   Des Plaines, IL 60018-4501
14099426      +Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
14099428       Bureau Investment Group,    Portfolio No. 15 LLC, c/o,   Stonleigh Recovery Associates,
                PO Box 1479,   Lombard, IL 60148-8479
14099429       Capital One, N.A.,    PO Box 71087,   Charlotte, NC 28272-1087
14099431      +Chestnut Hill Hospital,    8835 Germantown Avenue,   Philadelphia, PA 19118-2765
14099432       Citi Double Cash Card,    PO Box 9001037,   Louisville, KY 40290-1037
14099433       CitiBank, N.A.,    Best Buy (Visa), c/o,   Pressler & Pressler, LLP,   7 Entin Road,
                Parsippany, NJ 07054-5020
14099434      +Client Services, Inc.,    PO Box 1503,   Saint Peters, MO 63376-0027
14099438       Comenity Capital Bank,    c/o ACI,   2420 Sweet Home Road, Ste. 150,   Buffalo, NY 14228-2244
14099441       Credit Contorl,    PO Box 31179,   Tampa, FL 33631-3179
14099443       Dept. Stores National Bank, c/o,    GC Service, LP,   PO Box 857,   Oaks, PA 19456-0857
14099445       ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
14099449       Global Credit & Collections Corp.,    440 N. Cumberland Avenue,   Suite 300,
                Chicago, IL 60656-1490
14099451       Great Lakes Higher Education Corp.,    2401 International Lane,   Madison, WI 53704-3192
14099450      +Great Lakes Higher Education Corp.,    PO Box 78480,   Milwaukee, WI 53278-8480
14099452       Home Depot Credit Services,    PO Box 90001010,   Louisville, KY 40290-1010
14099456      +JH Portfolio Debt Equities, LLC, c/o,    ATG Credit, LLC,   PO Box 14895,
                Chicago, IL 60614-8542
14099457      +JH Portfolio Debt Equities, LLC, c/o,    Crawley & Bergmann, LLC,   117 Kinderkamack Road,
                Suite 201,   River Edge, NJ 07661-1916
14099454      +James Murphy,    207 Spruce Road,    Flourtown, PA 19031-2234
14099461      +LVNV Funding LLC,,    6801 S. Cimarron Road,   Suite 424-J,   Las Vegas, NV 89113-2273
14099460       Lending Club,    Payment Center Solutions,   72 Stevenson Street Suite 300,
                San Francisco, CA 94105
14099462       Macy’s,   PO Box 78008,    Phoenix, AZ 85062-8008
14099464      +Merchants & Medical,    Credit Corp., Inc.,   6324 Taylor Drive,   Flint, MI 48507-4680
14099467      +Michelle L. Sanginiti, Esquire,    The Bucks County Office Center,
                1200 Veterans Highway - Suite B-2,    Bristol, PA 19007-2525
14099469       Midland Funding LLC, c/o,    Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
14099470       Nationwide Credit, Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14099471      +Navient,   PO Box 78480,    Milwaukee, WI 53278-8480
14099472      +Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
14099473       PASI,   PO Box 188,    Brentwood, TN 37024-0188
14099479      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
14099474       Paypal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
14099475       Penn Credit,    916 S. 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
14099476       Penny Mac,    PO Box 514387,   Los Angeles, CA 90051-4387
14099477       Penny Mac Loan Services, LLC,    PO Box 660929,   Dallas, TX 75266-0929
14099478       Phillips & Cohen Associates, Ltd.,    Mail Stop 146,   1002 Justison Street,
                Wilmington, DE 19801-5148
14099480       Prime Health Services - Roxborough,    307 23rd Street Extension Suite 950,
                Pittsburgh, PA 15215
14099484       Roxborough Memorial Hospital,    5800 Ridge Avenue,   Philadelphia, PA 19128
14099483       Roxborough Memorial Hospital,    Attn:  Lockbox Operations #536363,
                307 23rd Street Extension Suite 950,    Pittsburgh, PA 15215
14099485       Stoneleigh Recovery Assoc.,    PO Box 1118,   Charlotte, NC 28201-1118
14099500      +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
14099501       Victoria’s Secret,    PO Box 65978,   San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRHHOLBER.COM Aug 11 2018 06:08:00     ROBERT H. HOLBER,   Robert H. Holber PC,
                41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:23      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:24
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14099425       EDI: RMSC.COM Aug 11 2018 06:08:00      Bankruptcy Dept.,   PO Box 965060,
                Orlando, FL 32896-5060
14099427       EDI: WFNNB.COM Aug 11 2018 06:08:00      Boscovs,   PO Box 659622,   San Antonio, TX 78265-9622
14099430      +EDI: MERRICKBANK.COM Aug 11 2018 06:08:00      Carson Smithfield, LLC,   PO Box 9216,
                Old Bethpage, NY 11804-9016
14099436       EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Bank,   PO Box 182273,
                Columbus, OH 43218-2273
```

```
District/off: 0313-2           User: admin                   Page 2 of 3                   Date Rcvd: Aug 10, 2018
                               Form ID: 318                  Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14099437       +EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Bank,    PO Box 182779,
                 Columbus, OH 43218-2779
14099435        EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
14099439       +EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Capital Bank, c/o,    PayPal Credit,
                 PO Box 5138,    Lutherville Timonium, MD 21094-5138
14099440        EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Capital Bank/HSN,    Bankruptcy Dept.,
                 PO Box 183043,    Columbus, OH 43218-3043
14099442        EDI: RCSFNBMARIN.COM Aug 11 2018 06:08:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
14099444       +E-mail/Text: egssupportservices@alorica.com Aug 11 2018 02:22:53      EGS Financial Care, Inc.,
                 PO Box 1020,   Dept. 806,    Horsham, PA 19044-8020
14099446        E-mail/Text: data_processing@fin-rec.com Aug 11 2018 02:21:58
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
14099447        EDI: FSAE.COM Aug 11 2018 06:08:00      First Source Advantage,    PO Box 628,
                 Buffalo, NY 14240-0628
14099448        EDI: RMSC.COM Aug 11 2018 06:08:00      Gap Visa/Synchrony Bank,    PO Box 960017,
                 Orlando, FL 32896-0017
14099453        EDI: WFNNB.COM Aug 11 2018 06:08:00      HSN,    PO Box 659707,    San Antonio, TX 78265-9707
14099458        EDI: TSYS2.COM Aug 11 2018 06:08:00      Juniper Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
14099459        EDI: CBSKOHLS.COM Aug 11 2018 06:08:00      Kohl's Payment Center,    PO Box 2983,
                 Milwaukee, WI 53201-2983
14099463       +EDI: MID8.COM Aug 11 2018 06:08:00      MCM,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
14099465        EDI: MERRICKBANK.COM Aug 11 2018 06:08:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
14099466       +EDI: MERRICKBANK.COM Aug 11 2018 06:08:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14099468        EDI: MID8.COM Aug 11 2018 06:08:00      Midland Credit Management, Inc.,    PO Box 60578,
                 Los Angeles, CA 90060-0578
14100875       +EDI: PRA.COM Aug 11 2018 06:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14099481       +EDI: RMSC.COM Aug 11 2018 06:08:00      QCard/Synchrony Bank,    PO Box53095,
                 Atlanta, GA 30355-1095
14099422        EDI: RMSC.COM Aug 11 2018 06:08:00      R' Us Credit Cards/SYNCB,    PO Box 530938,
                 Atlanta, GA 30353-0938
14099482        E-mail/Text: bk@rgsfinancial.com Aug 11 2018 02:21:51      RGS Financial, Inc.,    PO Box 852039,
                 Richardson, TX 75085-2039
14099486        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14099491        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965013,    Orlando, FL 32896-5013
14099487        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14099492        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    PO Box 965022,
                 Orlando, FL 32896-5022
14099490        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    PO Box 965003,
                 Orlando, FL 32896-5003
14099488       +EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
14099489        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
14099493        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
14099494        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank/JCP,    PO Box 960090,
                 Orlando, FL 32896-0990
14099495        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank/Lowes,    PO Box 965004,
                 Orlando, FL 32896-5004
14099498        EDI: WTRRNBANK.COM Aug 11 2018 06:08:00      TD Bank, N.A./,    Target Card Services,
                 PO Box 660170,    Dallas, TX 75266-0170
14099499        EDI: RMSC.COM Aug 11 2018 06:08:00      TJX REward/SYNCB,    PO Box 530949,
                 Atlanta, GA 30353-0949
14099496        EDI: WTRRNBANK.COM Aug 11 2018 06:08:00      Target Card Services,    PO Box 673,
                 Minneapolis, MN 55440-0673
14099497        EDI: WTRRNBANK.COM Aug 11 2018 06:08:00      Target Card Services,    3901 W. 53rd Street,
                 Sioux Falls, SD 57106-4216
14099502        EDI: RMSC.COM Aug 11 2018 06:08:00      Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
14099503        EDI: WFNNB.COM Aug 11 2018 06:08:00      Williams Sonoma,    PO Box 659705,
                 San Antonio, TX 78265-9705
                                                                                              TOTAL: 44
```

```
District/off: 0313-2            User: admin              Page 3 of 3               Date Rcvd: Aug 10, 2018
                                Form ID: 318             Total Noticed: 87

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14099455      JCPenney Mastercard,    PO Box 965009,    LA 71000
                                                                                     TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              EDWIN RICHARD DRESSEL    on behalf of Debtor Jennifer Lynn Murphy
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennymac Loan Service, LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jennifer Lynn Murphy**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–1361**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **18–12898–jkf** | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Lynn Murphy
aka Jennifer L. Murphy, aka Jennifer Mazzarella,
aka Jennifer L. Mazzarella

<u>8/9/18</u>                                                                  **By the court:**  <u>Jean K. FitzSimon</u>
                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                       **Order of Discharge**                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**